NOKES & QUINN
Thomas P. Quinn, Jr. (SBN 132268)
tquinn@nokesquinn.com
410 Broadway, Suite 200
Laguna Beach, California 92651
Telephone:  (949) 376-3500
Facsimile:  (949) 376-3070

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL ROMERO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE NATIONAL ASSOCIATION, a corporation; EXPERIAN INFORMATION SOLUTIONS INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a limited liability company; TRANS UNION LLC, a limited liability company and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:25-cv-08842-TSH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)**<br>ORDER<br>Complaint Served:  January 9, 2026<br>Current Response Date:  January 30, 2026<br>New Response Date:  February 27, 2026 |

Pursuant to Local Rule 6-1, Plaintiff Isabel Romero ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1.    On October 15, 2025, Plaintiff filed a Complaint against Defendant Equifax in the United States District Court of the Northern District of California, titled *Isabel Romero v. Capital One National Association, et al;* Case No. 3:25-cv-08842-TSH.  (ECF No. 1)

2.    Plaintiff served their Complaint on Equifax on January 9, 2026.

3.    Equifax's response to the Complaint is currently due on January 30, 2026.

323081004v.1

4.    Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, the parties stipulate to an initial extension of the deadline to respond to Plaintiff's Complaint, up to and including, February 27, 2026.

5.    On January 23, 2026, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for its need for an extension. Plaintiff's counsel had no objection and provided her assent.

NOW THEREFORE, the Parties hereby stipulate and agree to a twenty-eight (28) day extension of time for Defendant Equifax to answer or otherwise respond to Plaintiff's Complaint through and including February 27, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted on January 30, 2026.

NOKES & QUINN                                    LAW OFFICES OF ROBERT F. BRENNAN, APC


By: _/s/ Thomas P. Quinn, Jr._____          By: _/s/ Robert F. Brennan_____
          Thomas P. Quinn, Jr.                              Robert F. Brennan
          *Counsel for Defendant*                           *Counsel for Plaintiff*
     *Equifax Information Services LLC*                      *Isabel Romero*

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

_/s/ Thomas P. Quinn, Jr._____
Thomas P. Quinn, Jr.

2

STIPULATION TO EXTEND TIME TO RESPOND TO
INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)

323081004v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 30, 2026, I presented the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Thomas P. Quinn, Jr.*
        Thomas P. Quinn, Jr.
        *Counsel for Defendant*
        *Equifax Information Services LLC*

CERTIFICATE OF SERVICE

323081004v.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL ROMERO, an individual,<br><br>        Plaintiff,<br><br>      v.<br><br>CAPITAL ONE NATIONAL ASSOCIATION, a corporation; EXPERIAN INFORMATION SOLUTIONS INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC, a limited liability company; TRANS UNION LLC, a limited liability company and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. 3:25-cv-08842-TSH<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Date Complaint Filed:  October 15, 2025 |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby ORDERED that the Defendant Equifax Information Services LLC shall have up to and including February 27, 2026 in which to respond to Plaintiff's Complaint.

      **SO ORDERED**, this __2nd__ day of __February__, 2026.

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME

323080913v.1