Robert F. Brennan, Esq. {S.B. #132449}
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
6708 Foothill Blvd Suite 101
Tujunga, CA 91042
Tel: (818) 249.5291
Fax 818.249.4329
Email: rbrennan@brennanlaw.com

Attorney for Plaintiff: ISABEL ROMERO

# UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

ISABEL ROMERO, an Individual;

    Plaintiffs,

    v.

CAPITAL ONE NATIONAL
ASSOCIATION, a corporation;
EXPERIAN INFORMATION
SOLUTIONS INC., a corporation;
EQUIFAX INFORMATION
SERVICES, LLC., a limited liability
company; TRANS UNION LLC, a
limited liability company and DOES 1-
25, Inclusive;

    Defendants.

Case No.: 3:25-cv-08842-CRB
**Hon. Charles R. Breyer**

STIPULATION OF DISMISSAL
WITH PREJUDICE OF DEFENDANT
TRANS UNION LLC, *ONLY* : ORDER

///

///

---

Stipulation of Dismissal with Prejudice of TRANS UNION LLC, *ONLY*

Plaintiff ISABEL ROMERO and Defendant TRANS UNION LLC, have entered into a settlement and pursuant to that settlement stipulate as follows:

1.  Upon approval by the court, Plaintiff ISABEL ROMERO stipulates the dismissal of all claims against Defendant TRANS UNION, LLC.

2.  This stipulation for dismissal is with prejudice;

3.  Each party to pay their own incurred attorneys' fees and costs;

Dated:  May 5, 2026   **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: */s/ Robert F. Brennan*
Robert F. Brennan, Esq.
Attorney for Plaintiff
ISABEL ROMERO

Dated: May 5, 2026                         **TRANS UNION, LLC**

By: /s/ *Charlotte Long*
Charlotte Long, Esq.
Attorney for Defendant
TRANS UNION LLC

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.                         By: /s/Anthony Arellano

Anthony Arellano
Paralegal for Plaintiff
ISABEL ROMERO

Robert F. Brennan, Esq. {S.B. #132449}
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
6708 Foothill Blvd Suite 101
Tujunga, CA 91042
Tel: (818) 249.5291
Fax 818.249.4329
Email: rbrennan@brennanlaw.com

Attorney for Plaintiffs: ISABEL ROMERO

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

ISABEL ROMERO, an Individual;

    Plaintiff,

    v.

CAPITAL ONE NATIONAL ASSOCIATION, a corporation; EXPERIAN INFORMATION SOLUTIONS INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC., a limited liability company; TRANS UNION LLC, a limited liability company and DOES 1-25, Inclusive;

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:25-cv-08842-CRB
**Hon. Charles R. Beyer**

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC, *ONLY*

Plaintiff ISABEL ROMERO and Defendant TRANS UNION, LLC, have announced to the Court that all matters in controversy between them have been resolved.

ORDER re: Stipulation of Dismissal with Prejudice of Def. TRANS UNION, LLC, *Only*

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff ISABEL ROMERO against Defendant TRANS UNION LLC, *Only*, are in all respects dismissed with prejudice.

DATED this ___5th___ day of May 2026.

_____

CHARLES R. BEYER
UNITED STATES DISTRICT JUDGE

ORDER re: Stipulation of Dismissal with Prejudice of Def. TRANS UNION, LLC, *Only*