Robert F. Brennan, Esq. {S.B. #132449}
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
6708 Foothill Blvd Suite 101
Tujunga, CA 91042
Tel: (818) 249.5291
Fax 818.249.4329
Email: rbrennan@brennanlaw.com

Attorney for Plaintiff: ISABEL ROMERO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISABEL ROMERO, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE NATIONAL ASSOCIATION, a corporation; EXPERIAN INFORMATION SOLUTIONS INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC., a limited liability company; TRANS UNION LLC, a limited liability company and DOES 1-25, Inclusive;<br><br>Defendants. | Case No.: 3:25-cv-08842-CRB<br>**Hon. Charles R. Breyer**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE NATIONAL ASSOCIATION, *ONLY* : ORDER |

///

///

Plaintiff ISABEL ROMERO and Defendant CAPITAL ONE NATIONAL ASSOCIATION, have entered into a settlement and pursuant to that settlement stipulate as follows:

1. Upon approval by the court, Plaintiff ISABEL ROMERO stipulates the dismissal of all claims against Defendant CAPITAL ONE NATIONAL ASSOCIATION.

2. This stipulation for dismissal is with prejudice;

3. Each party to pay their own incurred attorneys' fees and costs;

Dated: Oct 21, 2026 **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: *[/s/ Robert F. Brennan]*
Robert F. Brennan, Esq.
Attorney for Plaintiff
ISABEL ROMERO

Dated: Oct 21, 2026 **Doll Amir & Eley LLP**

By: /s/ *Elaine Jin*
Elaine Jin, Esq.
Attorney for Defendant
CAPITAL ONE
NATIONAL ASSOCIATION

**SIGNATURE CERTIFICATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

By: /s/Anthony Arellano

Anthony Arellano
Paralegal for Plaintiff
ISABEL ROMERO

Robert F. Brennan, Esq. {S.B. #132449}
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
6708 Foothill Blvd Suite 101
Tujunga, CA 91042
Tel: (818) 249.5291
Fax 818.249.4329
Email: rbrennan@brennanlaw.com

Attorney for Plaintiff: ISABEL ROMERO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ISABEL ROMERO, an Individual;

Plaintiff,

v.

CAPITAL ONE NATIONAL ASSOCIATION, a corporation; EXPERIAN INFORMATION SOLUTIONS INC., a corporation; EQUIFAX INFORMATION SERVICES, LLC., a limited liability company; TRANS UNION LLC, a limited liability company and DOES 1-25, Inclusive;

Defendants.

Case No.: 3:25-cv-08842-CRB
**Hon. Charles R. Breyer**

~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE NATIONAL ASSOCIATION, *ONLY*

Plaintiff ISABEL ROMERO and Defendant CAPITAL ONE NATIONAL ASSOCIATION, have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff ISABEL ROMERO against Defendant CAPITAL ONE NATIONAL ASSOCIATION, *Only*, are in all respects dismissed with prejudice.

DATED this 23rd day of October 2026.

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE